UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chris Gregerson | ) No.: _10·4974 JRT/JJK_ |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) **COMPLAINT FOR** |
| | ) **COPYRIGHT** |
| KARE-TV | ) **INFRINGEMENT** |
| | ) |
| Defendant | ) |

Plaintiff, Chris Gregerson, in it's complaint against the Defendant, alleges the
following:

## JURISDICTION AND VENUE

1   This is a civil action seeking damages and injunctive relief for copyright
infringement under the copyright laws of the United States (17 U.S.C. § 101 *et
seq.*).

2   This Court has jurisdiction under 17 U.S.C. § 101 *et seq.* (copyrights); 28
U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3   This Court has personal jurisdiction over the the Defendant by virtue of their
office of record being located in this District, and their transacting, doing, and
soliciting business in this District, and because the relevant events occurred in
this District.

4   Venue is proper because the defendant or his agent reside or may be found in
this judicial district (28 USC § 1400(a)).

## PARTIES

5   Plaintiff is a natural person residing at 150 N. Green Ave., New Richmond,
WI, 54017.

6   Defendant KARE TV is an NBC affiliate with a registered place of business of
8811 Olson Memorial Hwy, Mpls, MN 55427.


SCANNED
DEC 2 7 2010
U.S. DISTRICT COURT MPLS

## FACTS

7    The Plaintiff, a professional photographer by trade, created a photograph of the
     Minneapolis skyline (during sunny weather conditions and showing traffic on
     interstate 35W) in May of 2002.

8    The Plaintiff has published a version of the photo on his website from July 19th,
     2002 until the present as image #1756. The photo appears at the web address:
     http://www.cgstock.com/1756 (exhibit A, attached).

9    The Plaintiff published the photograph with several features to identify the
     Plaintiff's copyright ownership of the image:

            a. The Plaintiff's website address is stamped on the photo (this was
               "www.phototour.minneapolis.mn.us" in 2002, but Plaintiff began
               using the address "www.cgstock.com" around 2007);

            b. A copyright notice reading "(c)Chris Gregerson 2002" is digitally-
               embedded in the jpeg file's "comment" field;

            c. A copyright notice appears underneath the photo, along with
               information about licensing the image;

            d. A visible copyright notice is stamped on the image itself in the
               lower-left.

10   The Plaintiff obtained a certificate of copyright registration for the photo from
     the U.S. Copyright Office effective March 4th, 2004 (exhibit B, attached). The
     image part of a bulk registration of all photos created by Chris Gregerson and
     published in the year 2002 (consistent with requirements for bulk registration
     of photographs under 37 CFR 202.3(b)(10)). Image #1756 was included in the
     registration application in digital form on a CD-ROM with the date of
     publication stamped on the image (see exhibit B, pg. 3).

11   The Defendant published the Plaintiff's photo on their website (exhibit C,
     attached). The same vehicles can be seen driving on the freeway in both
     images, and they are composed and cropped the same.

12   The Defendant published the Plaintiff's photo with several modifications:

            a. the Plaintiff's website address was removed from the image;

            b. the Plaintiff's digitally-embedded copyright notice was deleted;

            c. the Plaintiff's copyright notice does not appear on the image, and no

2

copyright notice appears identifying the Plaintiff's ownership.

13    Upon information and belief, the publication by the defendant of the Plaintiff's photograph #1756 occurred after the Plaintiff was awarded his certificate of copyrighted registration for the image.

14    The publication by the defendant of the Plaintiff's photograph #1756 was without the knowledge or consent of the Plaintiff, the exclusive copyright owner. The Plaintiff is the only party or agent authorized to license photos created by the Plaintiff, and he licenses all his photos through his website.

15    The Defendant knew they had published the Plaintiff's image without his consent, but made no effort to contact the Plaintiff to obtain a license for their use of the image.

16    The Plaintiff subsequently discovered the Defendant's use of his photo by coincidence in 2010, and on December 1st, 2010, the Plaintiff contacted the Defendant by email asking the Defendant to itemize their use of his image, identify where they obtained the photo, and state whether they were still using it (exhibit D, attached).

17    The Plaintiff did not receive any reply to his email.

18    On December 13th, 2010, the Plaintiff sent a letter by regular mail to the Defendant, again asking them to itemize their use, identify their source for the photo, and cease using the image (exhibit E, attached).

19    The Plaintiff has not received an answer to his letter.

## CAUSE OF ACTION
## Copyright Infringement

20    Paragraphs 1-19 are incorporated herein by reference.

21    Plaintiff has the exclusive right to reproduce, distribute, and publicly display copies of his photograph #1756 (See 17 U.S.C. § 106).

22    Plaintiff did not grant defendant any permission or rights to image #1756.

23    Defendant published image #1756.

24    The defendant has infringed on the Plaintiff's copyright to photograph #1756.

25    The defendant removed the Plaintiff's copyright management information from photographs #1756 and/or knowingly distributed the photo with the copyright

3

management information removed (See 17 U.S.C. § 1202(b)(1) and (3)).

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays for judgment against the defendant(s) as follows:

A    Declaring that Defendants' unauthorized conduct violates Plaintiffs' rights under the Federal Copyright Act;

B    Immediately and permanently enjoining Defendants from publishing any of Plaintiffs' copyrighted photographs;

C    Awarding Plaintiff statutory damages of up to $150,000 for Defendant's willful infringement of Plaintiff's copyright to image #1756 pursuant to 17 U.S.C. § 504(c)(2);

D    Awarding Plaintiff the statutory damages of $25,000 under 17 U.S.C. §1203(c)(3)(B) for willful removal of the photo's copyright management information;

E    Awarding Plaintiff his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

F    Awarding Plaintiff any further relief as is just and proper.


**Respectfully submitted,**


Dated: December 23rd, 2010

Chris Gregerson
Plaintiff, *pro se*
150 N Green Ave.
New Richmond, WI 54017
Telephone: 612-245-4306

4

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Chris Gregerson | ) No.: _____ |
| | ) |
|        Plaintiff | ) |
| | ) |
| vs. | )     **EXHIBIT** |
| | )     **LIST** |
| KARE-TV | ) |
| | ) |
|        Defendant | ) |

**Exhibit A**
Plaintiff's photograph #1756 as it appears on his website

**Exhibit B**
Plaintiff's Certificate of Copyright Registration for #1756

**Exhibit C**
Plaintiff's photo #1756 as published by the Defendants

**Exhibit D**
Plaintiff's December 1st email to Defendant

**Exhibit E**
Plaintiff's December 13th letter to Defendant

**Exhibit A**
Plaintiff's photograph #1756 as it appears on his website



**Local Coupons**
1 ridiculously huge coupon a day. Get 50-90%
off your city's best!

**Laptops Sold for $33.33**
Today Only: All HP Laptops are Sold for up to
98% Off. Buy Yours Today!

Ads by Google

search photos   licensing   site info   newest   video   home   RSS   home > minneapolis > Downtown >

## sections



⊞ **Minneapolis**
⊞ **St. Paul**
⊞ **Categories**
⊞ **China**
⊞ **Philippines**
⊞ **Bob Firth**
⊞ **Locations**
⊞ **Events**
⊞ **Prints**

Google
Checkout ⊁
VISA
AMEX   DISCOVER

22.48

## Downtown Minneapolis Skyline (#1756)



© Chris Gregerson 2002

**this photo is in these categories: reset photo**

Downtown

skylines

popular

Minneapolis prints

by image number

chronological

previous:

next:

information   *license this photo:*   web use   print use   buy a print

**make this a favorite**   view your favorites
copyright © 2002 Chris Gregerson. Available format: 4 megapixel (2272 x 1704 total resolution)
picture date: 2002-05-20

### description

You are looking north at the downtown Minneapolis skyline. The freeway in the foreground is
Interstate 35W. Some of the buildings pictured (left to right) are:

- AT&T Tower (frayed looking top on the left, in front of the IDS Tower)
- IDS Tower (tall, blue building on the left)
- Foshay Tower (off-white stone building resembling the Washington Monument)
- Wells Fargo Tower (cream skyscraper)
- Piper Jaffray Tower (with flat blue reflective sides)
- American Express building
- US Bank Place (skyscraper with a crown right of center)
- Pillsbury Tower (white)
- Andersen Consulting
- Hennepin County Government Center

### links

**purchase a print of this photo online**

- City of Minneapolis homepage
  **http://www.ci.minneapolis.mn.us/**
- Minneapolis Downtown Council's website
  **http://www.downtownmpls.com/**
- Map of Downtown Minneapolis Skyway System
  **http://www.minneapolis.org/pages/visitors/lowtechmap.asp**
- Map of Downtown Minneapolis from the GMCVA
  **http://www.minneapolis.org/pages/visitors/maps.asp**
- City of Minneapolis Maps, from the City's Website
  Links to five quality maps(in .pdf format)
  **http://www.ci.minneapolis.mn.us/about/maps/index.html**

- 1975 Photo of the Minneapolis skyline from Cedar Avenue and I 94
  http://collections.mnhs.org/VisualResources/VRDBImages/pf020/pf020833.jpg
- 1982 Photo of the Hubert H. Humphrey Metrodome, Looking Northwest
  http://collections.mnhs.org/VisualResources/VRDBImages/pf028/pf028774.jpg
- 1975 Photo of the Downtown Skyline(IDS and Foshay) Overlooking Loring Park
  http://collections.mnhs.org/VisualResources/VRDBImages/pf013/pf013720.jpg
- 1975 View of the Skyline from the Walker Art Center Terrace
  http://collections.mnhs.org/VisualResources/VRDBImages/pf020/pf020827.jpg

comments

- **Howard Mitchell**  Boulder,Colorado -- 2005-06-13

  I appreciate these photos of my favorite city.Its really cool to be able to access Minneapolis from Boulder.Im looking forward to it.
  Your Hebrew Homeboy, Howard. (Chamad).

- **Darrell Reich**  Las Vegas, Nv. -- 2006-10-21

  I left Minneapolis in 1987. After growing up there all my life. It's a great picture. It looks different now. It makes me feel a little bit homesick.

**Post a comment on this picture**

This page last modified:2002-09-10

[search photos]

cgstock.com provides quality stock photos for commercial, fine-art, education, and non-profit use, with an emphasis on pictures of the Twin Cities of Minneapolis and St. Paul, Minnesota, China, and the Philippines.

phone cgstock.com at **612-245-4306**  email us:chris@cgstock.com
**Chris Gregerson**, 150 Green Ave. N., New Richmond, WI 54017 USA

home  |  licensing  |  site info  |  web development

*http://www.cgstock.com/*

*Domains created and maintained by Chris Gregerson, chris@cgstock.com*

| www.cgstock.com | www.gregerson.org | www.new-richmond-photos.com | athena.gregerson.org |

**Exhibit B**
Plaintiff's Certificate of Copyright Registration for #1756

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-237-421**

EFFECTIVE DATE OF REGISTRATION

**MAR 0 4 2004**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**Title of This Work ▼**

Phototour of Minneapolis website

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group registration/Photos approximately 715 photos

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Christopher Scott Gregerson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1969

**NOTE**

Under the law, the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire, check Yes in the space provided, give the employer (or other person for whom the work was prepared) as Author of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a 'work made for hire'?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
{ Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3 Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork       ☑ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3 Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2002  Year  *This information must be given in all cases.*

**Date and Nation of First Publication of This Particular Work**
*Complete this information ONLY if this work has been published.*
Month 1/2  Day to  Year 12/30  2002
Nation U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Christopher Gregerson 4440 Beard Ave S #113 Minneapolis MN 55410

APPLICATION RECEIVED
**MAR 0 4 2004**
ONE DEPOSIT RECEIVED
**MAR 0 4 2004**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.  Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
[ ] Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. (A)
Name ▼ _____ Account Number ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Christopher Gregerson  4440 Beard Ave  S  Apt  113  Minneapolis  MN 55410

Area code and daytime telephone number  ( 612 )  836 1499          Fax number  (    )

Email   chris gregerson@usfamily net

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Chris Gregerson          Date  3-01 2004

Handwritten signature (X) ▼

X _____Chris Gregerson_____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
CHRIS GREGERSON

Number/Street/Apt ▼
4440 BEARD AVE  S  APT 113

City/State/ZIP ▼
MINNEAPOLIS MN 55410

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000  Web Rev June 2002  ☮ Printed on recycled paper          U.S. Government Printing Office: 2003-496 605/60 029



**Exhibit C**
Plaintiff's photo #1756 as published by the Defendants



**Exhibit D**
Plaintiff's December 1st email to Defendant

**Source for photo on your website, "100908082718_sunny mpls.jpg"**

**From:** Chris Gregerson <chris@cgstock.com>
**To:**   kare-webmaster@kare.gannett.com
**Date:** 12/01/10 11:55 am

You have had a photo on your website at the address below:
www.kare11.com/assetpool/images/100908082718_sunny%20mpls.jpg

I created the photo, have a certificate of copyright registration for the
photo, and it's been published on my website since 2002 here:
http://www.cgstock.com/1756

Can you tell me where you obtained the photo, how you used the photo, and
whether you are still using it?

Thanks,

Chris Gregerson
www.cgstock.com / phototour.minneapolis.mn.us
150 N. Green Ave.
New Richmond, WI 54017
612-245-4306

**Exhibit E**
Plaintiff's December 13th letter to Defendant

Chris Gregerson
150 Green Ave. N.
New Richmond, WI 54017
phone 715-246-2070 / cell:612-245-4306

12/13/10

KARE 11
8811 Olson Memorial Hwy.
Minneapolis, MN 55427

Re: Unauthorized use of a copyrighted photograph by Kare 11

To Whom it may Concern,

I previously contacted Kare 11 regarding the use of a Minneapolis Skyline photo on the Kare 11 website which I own the copyrights to. That email is enclosed. I have not received a reply.

The photograph appears on my photography website at the URL below (a print-out of the page is also enclosed):
http://www.cgstock.com/1756

As stated in my email, I hold a certificate of copyright registration for this photo and it was used on the Kare 11 website without my permission. I asked in my email that you inform me all the uses of the image by Kare 11/Gannet, your source for the image (where you obtained it), and if it's still being used. If you are using the image, I demand you stop.

Sincerely,

Chris Gregerson